IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES BROWNLEE                                                                               PLAINTIFF

v.                                                                                    NO. 1:06CV93-M-D

CLAY COUNTY SHERIFF'S DEPARTMENT, ET AL.                              DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 26, 2006, and the August 9, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 26, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3. That this case is **CLOSED.**

THIS, the 3rd day of October, 2006.

                                             **/s/ Michael P. Mills**
                                             **UNITED STATES DISTRICT JUDGE**